**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**

LEGACY SETTLE ENVELOPE CORPORATION,
f/k/a Husky Envelope Products, Inc.,

Plaintiff,

v.                                                              Case No. _____

                                                                           **JURY TRIAL DEMANDED**

HUSKY ENVELOPE, LLC,

Defendant.

**COMPLAINT AND DEMAND FOR JURY TRIAL**

COMES NOW, Legacy Settle Envelope Corporation, formerly known as Husky Envelope Products, Inc. ("Legacy") and states its complaint against Husky Envelope, LLC as follows:

**PARTIES AND JURISDICTION**

1.  Plaintiff Legacy is a Michigan corporation that had a principal place of business in Walled Lake, Michigan at the time relevant to this Complaint.

2.  Defendant Husky Envelope, LLC is a Missouri Limited Liability Company with a principal place of business in Eureka, Missouri. On information and belief, all members of Defendant Husky Envelope, LLC are domiciled in the State of Missouri.

3.  This action is between residents of different States and involves an amount in controversy which exceeds the jurisdictional limit of $75,000.00 as required by 28 U.S.C. § 1332(a).

4.  The parties have consented to the jurisdiction of this Court. *Exhibit A, Section 9.7.*

## COUNT I
## BREACH OF CONTRACT

5. On or about December 28, 2023 Plaintiff and Defendant entered into an Asset Purchase Agreement ("APA"), a copy of which is attached hereto as Exhibit A.

6. The terms of the APA permitted Defendant to hold Five Hundred Thousand Dollars ($500,000.00) of the Purchase Price for one year from the date of the APA. That amount is referred to as the Year 1 Payment. *Exhibit A, Sections 1.3(a) and 1.3(b)(iii).*

7. On the twelve-month anniversary of the closing date, (December 28, 2024), the Year 1 Payment was to be released by the Defendant to the Plaintiff.

8. Plaintiff has fully performed its obligations under the APA.

9. Defendant has failed to release the Year 1 Payment.

10. Plaintiff has sought to compel Defendant to release the Year 1 Payment, but those efforts have proven unavailing.

11. Plaintiff has been damaged by the Defendant's failure to release the Year 1 Payment in full.

12. The Year 1 Payment is a fixed amount of $500,000.00 thus subjecting the Defendants to liability for pre- and post-judgment interest.

WHEREFORE, for the reasons set forth above, Plaintiff requests judgment in its favor on Count I in the amount of Five Hundred Thousand Dollars ($500,000,00), for pre- and post-judgment interest, attorneys' fees and for all other relief this Court deems just.

## COUNT II
## ACCOUNT STATED

13. Plaintiff incorporates all prior allegations as if fully set forth here.

14. The APA specified those assets which were included in the sale and those that were not.

15. Among the assets excluded from the APA were Plaintiff's existing inventory. *Exhibit A, Section 1.1(xi).*

16. After closing the transactions set out in the APA, Defendant purchased items of Plaintiff's existing inventory which had been excluded from the APA.

17. Each of Defendant's purchases were documented in an invoice that was presented to Defendant along with the purchased goods.

18. Each of the invoices were due upon receipt.

19. A summary of the invoices is attached as Exhibit B.

20. None of the invoices set forth on Exhibit B has been paid.

21. Defendant did not object to any of the invoices set forth on Exhibit B.

22. Plaintiff has been damaged due to Defendant's failure to pay in the amount of Three Hundred Ninety-Six Thousand, Four Hundred Twenty Dollars and Seventy-Nine Cents ($396,420.79).

23. The account stated amount is a fixed amount of $396,420.79 thus subjecting the Defendants to liability for pre- and post-judgment interest.

WHEREFORE, for the reasons set forth above, Plaintiff requests judgment in its favor on Count II in the amount of Three Hundred Ninety-Six Thousand, Four Hundred Twenty Dollars and Seventy-Nine Cents ($396,420.79), for pre- and post-judgment interest, attorneys' fees and for all other relief this Court deems just.

**JURY TRIAL DEMANDED**

Plaintiff demands that all issues of fact of this case be tried to a properly impaneled jury to the extent permitted under the law.

Dated: April 10, 2025								Respectfully submitted,

/s/ Jason Clagg

/s/ *Timothy J. Maher*
BARNES & THORNBURG LLP
Timothy J. Maher #41046 (MO)
201 S. Main St.,
Suite 400
South Bend, Indiana 46601
Email: tim.maher@btlaw.com
Telephone: (574) 237-1232

*Counsel for Plaintiff Legacy Settle Envelope Corporation*