**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

_____

LEGACY SETTLE ENVELOPE CORPORATION,
f/k/a Husky Envelope Products, Inc.,

Plaintiff,

v.                                                                    Case No. 4:25-CV-0487-RHH

HUSKY ENVELOPE, LLC,

Defendant.

_____

### STATUS REPORT REGARDING PLAINTIFF'S COUNSEL

COMES NOW Plaintiff's counsel in this matter and in response to the Court's order of June 16, 2026, respectfully submits the following status report.

1.      The client has now requested the undersigned counsel to remain counsel of record in this matter, and the undersigned counsel has engaged in the process of reopening the matter and re-clearing conflicts in order to ensure that he may see this matter through to completion.

2.      Defense counsel has been provided with a proposed stipulation for entry of agreed judgment and it is anticipated that if no conflict issues arise, the matter should be resolved within the forty-five (45) day limit set by the Court's June 16 Order.

3.      There is no dispute regarding the substance of the agreed judgment, which was previously tendered to the Court, and it is anticipated that this matter can be brought to a prompt conclusion.

Dated: June 30, 2026

Respectfully submitted,

/s/ *Timothy J. Maher*
BARNES & THORNBURG LLP
Timothy J. Maher #1649071IN
201 S. Main St., Suite 400
South Bend, Indiana 46601
Email: tim.maher@btlaw.com
Telephone: (574) 237-1232

*Counsel for Plaintiff Legacy Settle Envelope Corporation*

**CERTIFICATE OF SERVICE**

On this 30th day of June 2026, a copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system.

*/s/ Timothy J. Maher*
Timothy J. Maher