**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

---

LEGACY SETTLE ENVELOPE CORPORATION,
f/k/a Husky Envelope Products, Inc.,

Plaintiff,

v.                                                                    Case No. 4:25-CV-0487-RHH

HUSKY ENVELOPE, LLC,

Defendant.

---

## STIPULATION FOR ENTRY OF JUDGMENT

COME NOW the parties and hereby stipulate to the entry of judgment in favor of the

Plaintiff in this matter per the form attached hereto as Exhibit A.

Dated: July 31, 2026                                        Respectfully submitted,

/s/ *Seth A. Albin*                                             /s/ *Timothy J. Maher*
SETH A. ALBIN #46483MO                            BARNES & THORNBURG LLP
903 S. Lindbergh Blvd, Suite 200                 Timothy J. Maher #41046MO
Saint Louis, MO 63131                                 201 S. Main St., Suite 400
314-991-4999/314-872-0340 Fax                        South Bend, Indiana 46601
salbin@summerscomptonwells.com             Email: tim.maher@btlaw.com
                                                                Telephone: (574) 237-1232

*Counsel for Defendant Husky
Envelope, LLC*                                             *Counsel for Plaintiff Legacy Settle
                                                                Envelope Corporation*

## CERTIFICATE OF SERVICE

On this 31st day of July 2026, a copy of the foregoing was electronically filed with the

Clerk of Court using the CM/ECF system.

/s/ *Timothy J. Maher*
Timothy J. Maher

1