# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

_____

LEGACY SETTLE ENVELOPE CORPORATION,
f/k/a Husky Envelope Products, Inc.,

Plaintiff,

v.                                                                              Case No. 4:25-CV-0487-RHH

HUSKY ENVELOPE, LLC,

Defendant.

_____

## CONSENT JUDGMENT AND ORDER

Plaintiff Legacy Settle Envelope Corporation (the "Plaintiff") and Defendant Husky Envelope LLC (the "Defendant") (collectively, the "Parties") hereby stipulate and agree to a Consent Judgment as follows:

1.      Judgment is entered in favor of Plaintiff and against Defendant in the amount of $896,420.79, plus pre-judgment interest and post-judgment interest on the principal amount at the applicable statutory rate until paid in full.

2.      The parties hereto agree to the entry of this Consent Judgment and thereby waive any trial or final adjudication of any issue of fact or law and any appeal thereof.

3.      Plaintiff may collect upon the judgment balance plus interest after sixty (60) days from the date of the judgment.

FINAL JUDGMENT

ENTERED _____.


                                                          _____
                                                          RODNEY H. HOLMES
                                                          UNITED STATES MAGISTRATE JUDGE

1